SHEYRIL JEANETTE MAYE
524 FLOWERS DR
LAUREL, MS 39440

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

GOODLEAP LLC.
8781 SIERRA COLLEGE
ROSEVILLE, CA 95661

LOANCARE LLC
ATTN: BANKRUTPTCY
P.O.BOX 8068
VIRGINIA BEACH, VA 23450

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD ST B
GEER, SC 29651

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896