**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:**

**SHEYRIL JEANETTE MAYE**                                    **CHAPTER 13**

      **Debtor.**                                                          **CASE NO. 26-50489-KMS**

Comes now the undersigned and Notices his appearance as attorney of record for Lakeview Loan Servicing, LLC in the above referenced matter.

DATED this 31th day of March, 2026.

By: /s/ Kim Putnam_____
Kim Putnam, MS Bar No. 102418
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
kimberlyp@hwmlawfirm.com
801-355-2886

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on March 31, 2026, to-wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Sheyril Jeanette Maye
524 Flowers Dr
Laurel, MS 39440


 /s/ Kim Putnam
Kim Putnam