Certificate Number: 12433-MSS-DE-040828693

Bankruptcy Case Number: 26-50489



12433-MSS-DE-040828693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 7, 2026</u>, at <u>5:41</u> o'clock <u>PM CDT</u>, <u>Sheyril Jeanette Maye</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:    <u>April 7, 2026</u>        By:    <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:   <u>Teacher</u>