# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50489     **Case Name:**  Sheyril Jeanette Maye

**Set:**  06/16/2026 01:30 pm  **Chapter:**  13  **Type:**  bk   **Judge**  Katharine M. Samson

**matter**  Confirmation Hearing

---

Minute Entry Re: (related document(s): [9]Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)