United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 26-50489-KMS

Sheyril Jeanette Maye

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: n031 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheyril Jeanette Maye, 524 Flowers Dr, Laurel, MS 39440-2333 |
| cr | + | Lakeview Loan Servicing, LLC, 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |
| 5646274 | + | Kimberly D. Putnam, Esq., Halliday, Watkins & Mann, P.C., for Lakeview Loan Servicing, LLC, 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5643093 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2026 19:57:19 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5643094 | + | Email/Text: accountresearch@goodleap.com | May 20 2026 19:55:00 | GoodLeap Llc., 8781 Sierra College, Roseville, CA 95661-5920 |
| 5667136 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 20 2026 19:56:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5643095 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 20 2026 19:55:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 5643096 | + | Email/Text: bankruptcy@marinerfinance.com | May 20 2026 19:55:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5645746 | + | Email/Text: bankruptcy@regionalmanagement.com | May 20 2026 19:55:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5643097 | + | Email/Text: bankruptcy@regionalmanagement.com | May 20 2026 19:55:00 | Regional Fin, Attn: Bankruptcy, 979 Bateville Rd St B, Geer, SC 29651-6819 |
| 5643098 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2026 19:57:18 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: May 20, 2026        Form ID: n031        Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheyril Jeanette Maye trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50489−KMS
**Chapter:** 13

**In re:**

Sheyril Jeanette Maye
aka Sheyril J Maye
524 Flowers Dr
Laurel, MS 39440

Notice of Entry of Order Confirming Plan

The Court entered an Order on 05/20/2026 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 20, 2026

Danny L. Miller, Clerk of Court