**Fill in this information to identify the case:**

Debtor 1     Sheyril Jeanette Maye aka Sheyril J. Maye

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of Mississippi Gulfport-6 Divisional Office)

Case number 26-50489-KMS

---

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC.      **Court claim no.** (if known): 6

**Last four digits** of any number you use to
identify the debtor`s account:      XXXXXX8736

**Does this notice supplement a prior notice of postpetition fees, expenses and charges?**

☑ No
☐ Yes. Date of Last Notice: _____ /_____ /_____

---

**Part 1:**   **Itemize Postpetition Fees, Expenses and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney's fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of Claim fees | 06/03/2026 | (5) | $ 275.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property Inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: | | (11) | $ 0.00 |
| 12. | Other: Specify: | | (12) | $ 0.00 |
| 13. | Other. Specify: | | (13) | $ 0.00 |
| 14. | Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Debtor 1    Sheyril Jeanette Maye aka Sheyril J. Maye                    Case number (*if known*)  26-50489-KMS
　　　　　　　First Name　　　Middle Name　　　Last Name

---

### Part 2:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


✘    /s/ Kim Putnam                                      Date: 07/30/2026
　　　　　Signature

Print:　　Kim Putnam                                      Title  Attorney at Law
　　　　First Name　　Middle Name　　　Last Name

Company　　Halliday, Watkins & Mann, P.C.

　　　　　376 East 400 South, Suite 300
　　　　　Number　　　Street

　　　　　Salt Lake City, UT 84111
　　　　　City　　　　　State　　　Zip

Contact Phone  (801) 355-2886                           Email  info@hwmlawfirm.com

---

## **MAILING CERTIFICATE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 30th day of July, 2026, to each of the following:

Sheyril Jeanette Maye
524 Flowers Dr
Laurel, MS 39440
Debtor

United States Trustee
Via ECF

Thomas Carl Rollins, Jr
Via ECF
Attorney for Debtor

David Rawlings
Via ECF
Chapter 13 Trustee

/s/ Kim Putnam
Kimberly D. Putnam

| Invoice Date |
|---|
| 06/04/2026 |



| Invoice Number |
|---|
| ███ |

HALLIDAY, WATKINS & MANN, P.C.
ATTORNEYS AT LAW
8851 SOUTH SANDY PARKWAY, SUITE 200
SANDY, UT 84070
801-355-2886
TAX I.D. # ███████

LoanCare
3637 Sentara Way #303
Virginia Beach, VA 23452

RE: LoanCare, LLC, ██████████
vs. Sheyril Jeanette Maye

Property Address: 524 Flowers Dr, Laurel, MS 39440
OURFILE: ████████

BILLING SUMMARY:

| FEES | | | |
|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 06/03/2026 | Attorney Fee BK MS - Proof of Claim Recoverable | Yes | $275.00 |
| 06/04/2026 | Attorney Fee BK MS - Proof of Claim Non-Recoverable | No | $337.50 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees on this invoice | $612.50 |
| **Total Amount Due** | **$612.50** |

Thank you for the opportunity to be of service.