B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re Sheyril Jeanette Maye , Case No. 26-50489

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Jefferson Capital Systems LLC
Name of Transferee

Regional Finance Company Of Hattiesburg MS
Name of Transferor

Name and Address where notices to transferee should be sent:
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud , MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 6915

Court Claim # (if known): 1
Amount of Claim: 4177.11
Date Claim Filed: 03/31/2026

Phone: 864-448-7000
Last Four Digits of Acct. #: 6915

Name and Address where transferee payments should be sent (if different from above):
Jefferson Capital Systems, LLC
PO Box 772813
Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 6915

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kristen Will (Bankruptcy Specialist)
Transferee/Transferee's Agent

Date: 9/11/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# WAIVER OF NOTICE OF TRANSFER OF CLAIM

Credit Recovery Associates, Inc., Regional Finance Corporation of South Carolina, Regional Finance Corporation of Texas, Regional Finance Corporation of North Carolina, Regional Finance Corporation of Tennessee, Regional Finance Corporation of Alabama, Regional Finance Corporation of Georgia, Regional Finance Company of Georgia, LLC, Regional Finance Company of Oklahoma, LLC, Regional Finance Company of New Mexico, LLC, Regional Finance Company of Virginia, LLC, Regional Finance Company of Missouri, LLC, Regional Finance Corporation of Wisconsin, Regional Finance Company of Illinois, LLC, Regional Finance Company of Utah, LLC, Regional Finance Company of Mississippi, LLC, Regional Finance Company of California, LLC, Regional Finance Company of Indiana, LLC, Regional Finance Company of Louisiana, LLC, Regional Finance Company of Arizona, LLC, and Regional Finance Company of Idaho, LLC (collectively, "Transferor"), have sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the state of Georgia maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the Transferor's name or under the name Regional Management Corp.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this **24th day of August, 2026.**

SELLER, as Transferor:
Regional Management Corp.
Credit Recovery Associates, Inc.
Regional Finance Corporation of South Carolina
Regional Finance Corporation of Texas
Regional Finance Corporation of North Carolina
Regional Finance Corporation of Tennessee
Regional Finance Corporation of Alabama
Regional Finance Corporation of Georgia
Regional Finance Company of Georgia, LLC
Regional Finance Company of Oklahoma, LLC
Regional Finance Company of New Mexico, LLC
Regional Finance Company of Virginia, LLC
Regional Finance Company of Missouri, LLC
Regional Finance Corporation of Wisconsin
Regional Finance Company of Illinois, LLC
Regional Finance Company of Utah, LLC
Regional Finance Company of Mississippi, LLC
Regional Finance Company of California, LLC
Regional Finance Company of Indiana, LLC
Regional Finance Company of Louisiana, LLC
Regional Finance Company of Arizona , LLC
Regional Finance Company of Idaho, LLC

By: Catherine Atwood
Name: Catherine Atwood

Title: SVP and General Counsel